— Motion for stay pending appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger JJ.

HESTER LEMMER, as Administratrix, etc., of RUSSELL P. LEMMER, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

GIUSEPPA MOSCHILLA, Individually and as Guardian ad Litem of GIUSEPPE SULFARO, an Infant, Appellant, v. GIOVANNI, DIQUARTO and MARIA DIQUARTO, Respondents.— Motion for leave to appeal in forma pauperis and to have appeal heard on original typewritten minutes denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ANGELINA MULLEN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

JOHN H. MULLEN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

SAMUEL S. ORTNER, Respondent, v. GEORGE STURM, Appellant.— Motion for reargument of motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE PEARLMAN, Appellant, v. FRANK E. JOHNSON, a Justice of the Municipal Court of the City of New York, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MOLLIE REIFE, Appellant, v. CAROLINE A. OSMERS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. No appeal was taken to this court from the judgment. This court affirmed an order granting judgment on the pleadings. The judgment subsequently entered has not been reviewed. If essential to review by the Court of Appeals, the appeal may be taken directly to that court from the judgment so entered. (See Redman v. Verplex Art Co., Inc., 237 N. Y. 475.) Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

FANNIE RIVKIN, Doing Business under the Firm Name and Style of FANNETTE BEAUTY SALON, Respondent, v. OCEAN CREST HOTEL CO., INC., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within ten days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ROSLYN CONSTRUCTION CO., INC., Respondent, v. EAST AND SOUTHAMPTON REALTY ASSOCIATES, INC., Appellant, and JOSEPH APPIONE, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ISRAEL SHERMAN and Others, Copartners Doing Business under the Firm Name and Style of METRO BAG WORKS, Respondents, v. UNION INDEMNITY COMPANY,